**ORIGINAL**



**FILED**

03/27/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 24-0189

## IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 24-0189

HELEN SNEATH,

Petitioner,

v.

MONTANA FOURTH JUDICIAL DISTRICT
COURT, MISSOULA COUNTY,
HON. JOHN W. LARSON, Presiding,

Respondent.

ORDER

**FILED**

MAR 2 7 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Petitioner Helen Sneath, via counsel, seeks a writ of supervisory control over the Montana Fourth Judicial District Court in Cause No. DR-20-243 to vacate that court's March 22, 2024 Order Regarding Parenting. Sneath maintains the District Court erred in issuing that Order during an unrelated criminal arraignment for Ian Stewart, Respondent in Sneath's domestic relations matter, outside the presence of Sneath and her counsel. Sneath further alleges that this matter is urgent as it affects the welfare and safety of Sneath's and Stewart's children, and she requests expedited consideration.

Having reviewed the Petition and the challenged Order, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Fourth Judicial District Court and/or Ian Stewart, Respondent in Cause No. DR-20-243, are granted to and including April 10, 2024, to prepare, file, and serve responses to the petition for writ of supervisory control.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Fourth Judicial District Court Cause No. DR-20-243, and to the Honorable John W. Larson, presiding District Judge.

DATED this 27th day of March, 2024.

For the Court,

By _____
                          Justice